08-3349-cv
Lorquet v. Loehmann's Dep't Store

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of November, two thousand and nine.

PRESENT:
    JOSEPH  M. McLAUGHLIN,
    RICHARD C. WESLEY,
        *Circuit Judges*,
    LAWRENCE E. KAHN,*
        *District Judge.*

_____

Nolita Caridad Lorquet,

                    *Plaintiff-Appellant*,

    -v.-                                        No. 08-3349-cv

Loehmann's Department Store,

                    *Defendant-Appellee.*

_____

---

    * Lawrence E. Kahn, Senior Judge of the United States District Court for the Northern District of New York, sitting by designation.

For Appellant:                              NOLITA C. LORQUET, *pro se*, Brooklyn, NY.

For Appellee:                              SHARON H. STERN, Troutman Sanders LLP, New York, NY.

**UPON DUE CONSIDERATION**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff-Appellant Nolita Caridad Lorquet, *pro se*, appeals from the judgment of the United States District Court for the Southern District of New York (Cote, *J.*), dismissing Appellee's employment discrimination claims. We assume the parties' familiarity with the facts and procedural history of the case.

Title VII of the Civil Rights Act of 1964 provides that, before a private lawsuit may be commenced in federal court, a claimant must first file of a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") or equivalent state agency. 42 U.S.C. § 2000e-5. A charge must be filed with the EEOC within 180 days of the alleged discriminatory act or that claim is time-barred, or within 300 days if the complainant initially began the proceedings in a state or local fair employment

practices agency. *Id.* § 2000e-5(e)(1); *AMTRAK v. Morgan*, 536 U.S. 101, 104-05 (2002).

The alleged discriminatory acts took place in August or September 2003, and Plaintiff-Appellant did not file her charge with the EEOC until November 2007. Her complaint is therefore untimely.

For the reasons stated above, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:_____

3